USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 97-1471 UNITED STATES, Appellee, v. WILLIAM H. NORTHUP, Defendant, Appellant. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND [Hon. Ernest C. Torres, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Stahl and Lynch, Circuit Judges. ______________ ____________________ Randy Olen and John M. Cicilline on brief for appellant. __________ _________________ Sheldon Whitehouse, United States Attorney, and Stephanie S. __________________ ____________ Browne, Assistant United States Attorney, on brief for appellee. ______ ____________________ November 5, 1997 ____________________ Per Curiam. Upon careful review of the briefs and __________ record, we reject defendant's contention that the evidence of possession and intent to distribute was insufficient to support his conviction under 21 U.S.C. 841(a)(1). To the contrary, the testimony of the police officers and the special narcotics officer, along with the inferences reasonably to be drawn therefrom, amply supported the jury's verdict. Affirmed. See 1st Cir. Loc. R. 27.1. ________ ___ -2-